IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORINNE A. GUSS,<br><br>             Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Defendant. | **8:19CV421**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 21) of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to pay their own costs and attorney fees.

Dated this 26th day of May, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge